**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

   Plaintiff,

v.                                                        Case No: 5:16-cv-167-Oc-30PRL

0.595 ACRES OF LAND IN LAKE
COUNTY FLORIDA, DARYL G.
HYATT, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. and
UNKNOWN OWNERS, IF ANY,

   Defendants.

## ORDER

THIS CAUSE comes before the Court upon Defendant Daryl G. Hyatt's Unopposed Motion to Disburse Funds From the Court Registry (Dkt. #35). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    Defendant Daryl G. Hyatt's Unopposed Motion to Disburse Funds From the Court Registry (Dkt. #35) is GRANTED.

2.    The Clerk of Court is ordered to disburse the principal amount of Nine Thousand Four Hundred dollars ($9,400.00) from the Court registry, along with any interest accrued, to the Manson Bolves Donaldson Trust Account. The check should be made payable to the Manson Bolves Donaldson Trust and mailed to Manson Bolves

Donaldson Varn, P.A. c/o Denise Rodriguez, 1101 W. Swann Avenue, Tampa, Florida 33606.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of September, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record
Finance Department - Orlando

S:\OCALA\2016\16-cv-167 disburse 35.docx

2